### WIGGINS *v.* LONG.

**BREACH OF WARRANTY.**—*Right of Action.*

Where a sale or exchange of personal property was made with warranty, and with the condition that the vendor might return the same within a specified time in case it failed to fulfill the condition of the warranty, *held*, that this condition did not vary the right to sue upon the warranty, the vendor having refused to receive the property back within the specified time.

GREEN J. :

This was an exchange of a horse for a jack, with a representation that the jack would perform those duties for which such animals are designed. It was a condition in the sale that the jack was to be retained six months on trial. This condition did not vary the right to sue upon the warranty, except by postponing the right to return the property immediately. It did not do away with the warranty, but upon the refusal of Wiggins to accept the jack when returned, the plaintiff might well sue upon the warranty.

*Judgment affirmed.*